| Date | Pleading Number | |
|---|---|---|
| 1/17/72 | 1 | Motion of defendant Career Academy, Inc. to consolidate 5 actions pending in different districts in the N.D. of Illinois pursuant to 28 U.S.C. 1407. Brief and Cert. of Service. |
| 2/1/72 | | HEARING ORDER- Setting A-1 through A-5, Feb. 25, 1972, Denver, Colo. Notified Counsel, Involved Judges. |
| 2/1/72 | 2 | Breeland plaintiffs response to motion w/ cert of service. |
| 2/2/72 | 3 | Baker plaintiffs response to motion w/cert of service. |
| 2/2/72 | 4 | Plaintiffs Elwonger and Kats Response to motion |
| 2/4/72 | 5 | Plaintiff Jimmy Brown response to motion |
| 2/9/72 | 6 | Plaintiff Jimmy Brown additional response to motion w/cert of service. |
| 2/9/72 | 7 | Career Academy Inc. reply brief to plaintiffs' responses w/cert. of service |
| 2/14/72 | 8 | Defendant Career Academy, Inc. addition of B-1 to its motion for transfer also request for inclusion in 2/25/72 hearing w/cert of service. |
| 4/28/72 | | CONSENT OF TRANSFEREE COURT (Chief Judge J. W. Reynolds) for Judge Myron L. Gordon to handle litigation |
| 4/28/72 | | OPINION AND ORDER consolidating A-1 through B-1 in the E. D. Wisconsin and assigning litigation to Judge Myron L. Gordon for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |

DOCKET NO. 98 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Closed 9/24/8

## Description of Litigation

IN RE ANTITRUST ACTIONS AGAINST CAREER ACADEMY

O+O 4/28/72   342 F. Supp. 753 (PC)

## Summary of Panel Action

Date(s) of Hearing(s) 2/25/72

Date(s) of Opinion(s) or Order(s) 4/28/72

Consolidation Ordered ✓    Name of Transferee Judge Myron L. Gordon

Consolidation Denied ___    Transferee District E.D. Wisconsin  (757)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Byford Elwonger v. Career Academy Inc. | E.D.Wis. Gordon | 71 C 409 | | | | |
| A-2 | Fred Katz v. Career Academy, Inc. | E.D.Wis Gordon | 71 C 429 | | | →11/25/74 | |
| A-3 | Vickey Breeland, et al. v. Career Academy, et al. | C.D.Cal ~~Curtis~~ LYDICK | 71-392-LTL | 4/28/72 | 72C276 | 9/24/84 | 5/4/72 |
| A-4 | Jimmy Brown v. Career Academy, Inc., et al. | N.D.Ill ~~Hoffman~~ McLaren | 71 C 2278 | 4/28/72 | 72C272 | 9/24/84 | 5/4/72 |
| A-5 | Morton Baker v. Career Academy, Inc., et al. | E.D.Pa. Troutman | 71-2697 | 4/28/72 | 72C525 | 9/24/84 | |
| B-1 | Joe F. Rakes, et al. v. Career Academy, Inc., et al. | S.D.Miss Russell | 4353(R) | 4/28/72 | 72C270 | 9/24/84 | |

Certified by Clerk's off.  jid XYZ   2/6   4   1/5

July 1977 - Note to Clerk
* 2/5/75 - Order of court holding in abeyance until further order of court.
July 1978 - No change

July 1979 Same
July 1980 Same   Dio
July 1981 Same   Pending
July 1982 Same
July 1984 Same

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 98 - CAREER ACADEMY ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1<br>A-2 | Frederick Hersh, Esquire<br>Hersh, Stupar, Stepke<br>  Gollin & Schulz, S.C.<br>633 West Wisconsin Ave.<br>Milwaukee, Wisconsin  53203 | William H. Alverson, Esquire<br>~~James Ward Rector, Jr., Esquire~~<br>Godfrey & Kahn, S.C.<br>780 North Water Street<br>Milwaukee, Wisconsin  53202 |
| A-3 | Stephen Z. Meyers, Esquire<br>9465 Wilshire Blvd., Suite 725<br>Beverly Hills, Calif.  90212<br><br>~~Cooper & Hurewitz, Esquire~~<br>~~9465 Wilshire Blvd., Suite 820~~<br>~~Beverly Hills, Calif.  90212~~ | Alan I. Rothenberg, Esquire<br>Manatt, Phelps, Copeland & Rothenberg<br>1800 Century Park East, Suite 500<br>Los Angeles, California  90067 |
| A-4 | Harry A. Young, Jr., Esquire<br>Irvin F. Richman, Esquire<br>Allen C. Engerman, Esquire<br>33 North LaSalle Street<br>Chicago, Illinois  60602 | Russell J. Hoover, Esquire<br>Jenner & Block<br>135 S. LaSalle<br>Chicago, Illinois  60603 |
| A-5 | David Berger, Esq.<br>Herbert B. Newberg, Esq.<br>Leonard Barrack, Esq.<br>1622 Locust Street<br>Philadelphia, Penna. 19103 | Franklin Poul, Esquire<br>Wolf, Block, Schorr and Solis-Cohen<br>1200 Packard Building<br>Philadelphia, Penna.  19102 |
| B-1 | Charles T. Sykes, Jr., Esq.<br>P.O. Box. 279<br>Gulfport, Mississippi | |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 98 -- CAREER ACADEMY ANTITRUST LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| | Common Deft.  A-1, A-2, A-3, A-4, A-5 |
| CAREER ACADEMY INC. | |
| CAREER ACADEMY OF CALIFORNIA, INC. | A-3 |
| CAREER ACADEMY LEARNING SYSTEMS, INC. | A-3 |
| CAREER IBANCO, INC. | A-4 |
| WESLEY D. PAVALON | A-5 |
| KENNETH M. PARELSKIN | A-5? |
| MAURICE H. PAVALON | A-5 |
| STUART MISHLOVE | A-5 |
| ROBERT J. TEIK | A-5 |
| GERALD J. KAHN | A-5 |